
UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Maria Susana BELTRAN-Bonilla, )<br>)<br>Defendant. )<br>) | Magistrate Case No. '23 MJ00064<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(ii)-<br>Bringing in Unlawful Alien(s) for Financial Gain |

The undersigned complainant being duly sworn states:

On or about January 8, 2023, within the Southern District of California, Defendant, Maria Susana BELTRAN-Bonilla, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, A.D.J.A, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Adriana Rosas-Carranza, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on the 9th of January 2023.

William V. Gallo
HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that A.D.J.A is a citizen of a country other than the United States; that said alien is found to be deportable; that A.D.J.A, testimony is material: that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On January 8, 2023, at approximately 2:54 A.M., Maria Susana BELTRAN-Bonilla (Defendant), applied for admission into the United States from Mexico at the San Ysidro, California Port of Entry as the driver of a Lincoln Navigator. Accompanying Defendant were her adult niece and two minor children, one later identified as and A.D.J.A. (Material Witness). Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a Lawful Permanent Resident Card for herself, a California birth certificate bearing the name M.C.N. on behalf of Material Witness, and a hospital verification letter for the second minor. Defendant stated they were going to Lancaster, California, had nothing to declare. The CBP Officer noticed the minors were asleep. The CBP Officer queried Defendant's name, received a computer-generated alert, and referred the vehicle and its occupants to secondary for further inspection.

During secondary inspection, a CBP Officer attempted to wake up the minors but was unsuccessful. The CBP Officer escorted all four passengers to the secondary office. Material Witness woke up, gave a CBP Officer his true name, stated he was born in Oaxaca and was going to "El Norte". Material Witness further stated Defendant had given him a bottle with a purple substance and instructed him to drink out of it four times so he would sleep. Material Witness stated his mother made the smuggling arrangements and that Defendant was going to receive $8,000 USD as payment.